IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA STOLTZFUS **Plaintiff,** | : |
| v. | : CIVIL ACTION NO. 16-6308 |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security **Defendant.** | : |

## ORDER

**AND NOW,** this 26th day of April 2019, upon consideration of the administrative record, Plaintiff's request for review, Defendant's response, Plaintiff's reply, the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and the objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Clerk is directed to **REMOVE** the case from Civil Suspense;

2. The Objections to the Report and Recommendation are **SUSTAINED** in part;

3. The Report and Recommendation is **APPROVED IN PART** and **REJECTED IN PART** as set forth in the accompanying Memorandum Opinion;

4. The Plaintiff's request for reversal is **GRANTED;** and

5. The case is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation and the accompanying Memorandum Opinion pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is so **ORDERED.**

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**